# EXHIBIT A

Envelope: UPS_LETTER_CENTER
WINDOW
Total Pages: 12
SafetySeal(101761)

MARA VELASCO
2149323601
CT - DALLAS SOP TEAM
1999 BRYAN STREET
DALLAS TX 75201

1.0 LBS    LTR    1 OF 1

**SHIP TO:**
NAIANE NUNES
6038122041
TORNOS TECHNOLOGIES U.S. CORPORATI
200 HOWARD AVE STE 220
**DES PLAINES IL 60018**

IL 601 9-02

**UPS NEXT DAY AIR**
TRACKING #: 1Z X21 278 01 3653 3682

1

BILLING: P/P

Reference No.1: SOP/2401130/537928559/CT SOP Custo

XOL 20.07.24    NV45 28.0A 04/2020

1571053    10

Origin: Wolters Kluwer UPS 562130

# CT Packing Slip

**CT Corporation**

**UPS Tracking #:** 1ZX212780136533682
**Created By:** Nishank Sharma
**Created On:** 07/13/2020 02:43 PM
**Recipient:**

| Naiane Nunes | |
|---|---|
| Title: | -- |
| Customer: | TORNOS TECHNOLOGIES U.S. CORPORATION |
| Address: | 200 HOWARD AVE STE 220 |
| Email: | nunes.n@tornos.com |
| Phone: | 603-812-2041    Fax: - |

**Package Type:** Envelope
**Items shipped:** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 537928559 | 30202001146734CUPLCJC | TORNOS TECHNOLOGIES U.S. CORPORATION |

 CT Corporation

**Service of Process Transmittal**
07/13/2020
CT Log Number 537928559

**TO:** Naiane Nunes
TORNOS TECHNOLOGIES U.S. CORPORATION
200 HOWARD AVE STE 220
DES PLAINES, IL 60018-5908

**RE:** **Process Served in California**

**FOR:** TORNOS TECHNOLOGIES U.S. CORPORATION (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Tin Dinh, Pltf. vs. Tornos LTD, ET AL., DFTS. // TO: TORNOS TECHNOLOGIES U.S. CORPORATION |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 30202001146734CUPLCJC |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/13/2020 at 11:15 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780136533682 |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>8020 Excelsior Dr Ste 200<br>Madison, WI 53717-1998 |
| **For Questions:** | 877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

Page 1 of 1 / NS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Jul 13, 2020

**Server Name:** DROP SERVICE

**Location:** N/A, CA-LA

| Entity Served | TORNOS TECHNOLOGIES U.S. CORPORATION |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 30202001146734CUPLCJC |
| Jurisdiction | CA-LA |



Electronically Filed by Superior Court of California, County of Orange, 05/29/2020 12:22:30 PM.
30-2020-01146734-CU-PL-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Tornos LTD; Tornos Technologies U.S. Corporation and DOES 1-25, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Tin Dinh

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):* 30-2020-01146734-CU-PL-CIC
Judge Martha K. Gooding

Central Justice Center
700 West Civic Center Drive
Santa Ana, CA 92701

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*bogado del demandante, o del deman...*
Nghiem, Hess & Nghi...
5, Santa Ana, CA 9270...



DAVID H. YAMASAKI, Clerk of the Court

Lirio Sanchez *(Adjunto)*

... rvice of Summons *(form POS-010).)*
... lario Proof of Service of Summons, *(POS-010)).*
ERSON SERVED: You are served
idual defendant.
...on sued under the fictitious name of *(specify):*
**TORNOS TECHNOLOGIES U.S. CORPORATION.**

... (specify):
☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
other *(specify):*
... al delivery on *(date):* 7-13-2020

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Electronically Filed by Superior Court of California, County of Orange, 05/29/2020 12:22:30 PM.
30-2020-01146734-CU-PL-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Edward W. Hess, Jr. (SBN: 81902) Phillip B. Nghiem (SBN: 291525)<br>Hess & Nghiem, APC<br>550 Parkcenter Drive, Suite 105<br>Santa Ana, CA 92705<br>TELEPHONE NO.: 657-333-5726   FAX NO.: 877-488-3234<br>ATTORNEY FOR (Name): Plaintiff Tin Dinh | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 West Civic Center Drive
MAILING ADDRESS: 700 West Civic Center Drive, Santa Ana, CA 92701
CITY AND ZIP CODE: Santa Ana, 92705
BRANCH NAME: Central Justice Center

CASE NAME:
Dinh v. Tornos LTD, et al

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2020-01146734-CU-PL-CJC |
|---|---|---|
| ☑ Unlimited  ☐ Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: Judge Martha K. Gooding<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☑ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): One
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)

Date: May 20, 2020

Edward W. Hess, Jr.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
 Auto (22)–Personal Injury/Property Damage/Wrongful Death
 Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
 Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
 Product Liability *(not asbestos or toxic/environmental)* (24)
 Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
 Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business Practice (07)
 Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
 Defamation (e.g., slander, libel) (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)

**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
 Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
 Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
 Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
 Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
 Eminent Domain/Inverse Condemnation (14)
 Wrongful Eviction (33)
 Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
 Commercial (31)
 Residential (32)
 Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
 Asset Forfeiture (05)
 Petition Re: Arbitration Award (11)
 Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
 Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
 Antitrust/Trade Regulation (03)
 Construction Defect (10)
 Claims Involving Mass Tort (40)
 Securities Litigation (28)
 Environmental/Toxic Tort (30)
 Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
 Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
 RICO (27)
 Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
 Partnership and Corporate Governance (21)
 Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

Electronically Filed by Superior Court of California, County of Orange, 05/29/2020 12:22:30 PM.
30-2020-01146734-CU-PL-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

Edward W. Hess, Jr. (SBN 81902)
Phillip B. Nghiem (SBN 291525)
**HESS & NGHIEM**
550 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
PH: (657) 333-5726
FX: (877) 488-3234

*Assigned to for All Purposes:*

Attorneys for Plaintiff Tin Dinh

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

| | |
|---|---|
| Tin Dinh, <br><br> Plaintiff, <br><br> vs. <br><br> Tornos LTD; Tornos Technologies U.S. Corporation and DOES 1 – 25, Inclusive., <br><br> Defendants. | Case No.: 30-2020-01146734-CU-PL-CJC <br><br> **COMPLAINT FOR DAMAGES (NEGLIGENCE, STRICT PRODUCTS LIABILITY)** <br><br> Judge Martha K. Gooding |

**GENERAL ALLEGATIONS**

1. Plaintiff is informed and believes and thereon alleges that Defendant Tornos LTD ("TLTD ") is now, and at all times mentioned in this complaint was a business entity form unknown organized under the laws of Switzerland and doing business world-wide.

2. Plaintiff is informed and believes and thereon alleges that Defendant Tornos Technologies U.S. Corporation ("Tornos U.S.") is now and, at all times mentioned in this complaint, was corporation organized pursuant to the laws of the State of Connecticut and qualified and doing business in the State of California.

1

COMPLAINT FOR DAMAGES (NEGLIGENCE, STRICT PRODUCTS LIABILITY)

3. The names and capacities of Defendants Does 1-25 are unknown to Plaintiff at the time of the filing of this complaint. Plaintiff will move to amend this complaint to show the true names and capacities of Defendants sued as "Doe" once the same are ascertained. Plaintiff is informed and believes and thereon alleges that each of the Defendants including the defendants sued herein as "Doe" was, at all times relevant, the agent, servant, partner or joint venturer or alter ego of each of the other defendants and was acting within the course and scope of such agency and employment or in furtherance of the business of such joint venture or partnership and with the permission and consent, express or implied of each other Defendants.

4. At all times mentioned in this complaint, Defendants were engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing and selling devices commonly known as CNC machines including such devices designated as DECO 10.

## FIRST CAUSE OF ACTION -- NEGLIGENCE

5. Plaintiff refers to each and every allegation contained in paragraphs 1 – 4 above, and incorporates the same by reference as though fully set forth hereat.

6. On or about November 25, 2019 Plaintiff was employed by Glidewell corporation at Newport Beach, CA and was in the course and scope of such employment as the operator of a DECO 10 CNC machine ("the DECO 10") manufacturing dental implants.

7. While operating the DECO 10, as previously alleged, it became necessary for Plaintiff to perform an adjustment on the machine by reaching into it through an access door. Prior to attempting to perform such adjustment, Plaintiff powered to machine "OFF" and based on his training and experience reasonably understood and believed that he could proceed to safely perform the necessary adjustment.

2

COMPLAINT FOR DAMAGES (NEGLIGENCE, STRICT PRODUCTS LIABILITY)

8. While performing the adjustment on the DECO 10, and notwithstanding that it had been powered "OFF", the DECO 10 was so negligently and carelessly designed, manufactured, constructed, assembled, marketed, distributed and sold such that it activated suddenly and without warning resulting in amputation-type injuries to Plaintiff's right thumb and index finger.

9. As a direct and legal result, of the negligence, carelessness, recklessness and other unlawful conduct of Defendants and each of them, as hereinbefore alleged, Plaintiff suffered severe and serious bodily injury and resultant pain, suffering, disability and disfigurement all to his damage in a sum within the jurisdiction of this Court according to proof to be shown at the time of trial.

10. By reason of the foregoing Plaintiff has been, and will be, required to employ the services of hospitals, physicians, surgeons, nurses and other healthcare professionals all to Plaintiff's damage in a sum to be shown according to proof at the time of trial.

11. By reason of the foregoing Plaintiff has been, or will be, compelled to incur expenses for ambulance services, medications, x-rays and other diagnostic tests and other medical supplies and services all to Plaintiff's damage in a sum according to proof to be shown at the time of trial.

12. Prior to the time of the accident and injury herein alleged Plaintiff was regularly and gainfully employed; by reason of injury sustained as hereinbefore alleged and resultant pain, suffering, and disability Plaintiff was unable to engage regularly in such employment and will be in the future be so disabled all to his damage in a sum to be shown according to proof at the time of trial.

///
///
///
///

3

COMPLAINT FOR DAMAGES (NEGLIGENCE, STRICT PRODUCTS LIABILITY)

## SECOND CAUSE OF ACTION – STRICT PRODUCTS LIABILITY

13. Plaintiff refers to each and every allegation contained in paragraphs 1 – 4 and 6-12 above, and incorporates the same by reference as though fully set forth hereat.

14. At all times mentioned in this complaint, the DECO 10 and its components were defective and dangerous in design, manufacture, and warnings, so as to be unsafe for its intended use.

15. As a direct and proximate result of such defective and dangerous condition of the DECO 10, Plaintiff suffered the damage and injury previously alleged.

WHEREFORE PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANTS AS FOLLOWS:

1. General damages in an amount to be shown according to proof;
2. Special damages in an amount to be shown according to proof;
3. Costs of suit and;
4. Such other and further relief as is just in the premises

Dated: May 20, 2020

Respectfully Submitted

HESS & NGHIEM

by: /s/ Edward W. Hess, Jr.
Edward W. Hess, Jr.
Attorneys for Plaintiff

4

COMPLAINT FOR DAMAGES (NEGLIGENCE, STRICT PRODUCTS LIABILITY)

CIV-050

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Phillip B. Nghiem (SBN: 291525)<br>Hess & Nghiem<br>550 Parkcenter Drive, Suite 105<br>Santa Ana, CA 92705<br>ATTORNEY FOR (name): Plaintiff Tin Dinh | 657-333-5726 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 West Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Tin Dinh
DEFENDANT: Tornos LTD, Tornos Technologies U.S. Corporation

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: 30-2020-01146734-CU-PL-CJC

To (name of one defendant only): Tornos Technologies U.S. Corporation
Plaintiff (name of one plaintiff only): Tin Dinh
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [✓] Pain, suffering, and inconvenience ............................................. $1,000,000
   b. [✓] Emotional distress ...................................................................... $1,000,000
   c. [ ] Loss of consortium ...................................................................... $
   d. [ ] Loss of society and companionship (wrongful death actions only) ... $
   e. [ ] Other (specify) ............................................................................ $
   f. [ ] Other (specify) ............................................................................. $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ........................................................ $ Unknown
   b. [✓] Future medical expenses (present value) ................................... $1,000,000
   c. [✓] Loss of earnings (to date) ........................................................... $1,000,000
   d. [✓] Loss of future earning capacity (present value) .......................... $1,000,000
   e. [ ] Property damage ......................................................................... $
   f. [ ] Funeral expenses (wrongful death actions only) ......................... $
   g. [ ] Future contributions (present value) (wrongful death actions only) ... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $
   i. [ ] Other (specify) ............................................................................ $
   j. [ ] Other (specify) ............................................................................ $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: July 08, 2020

Phillip B. Nghiem
(TYPE OR PRINT NAME)

▶ /s/ Phillip B. Nghiem
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

CIV-050

| PLAINTIFF: Tin Dinh | CASE NUMBER: |
|---|---|
| DEFENDANT: Tornos LTD, Tornos Technologies U.S. Corporation | 30-2020-01146734-CU-PL-CJC |

**PROOF OF SERVICE**
*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages   ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ Personal service. By personally delivering copies. (CCP § 415.10)
   b. ☐ Substituted service on corporation, unincorporated association (including partnership), or public entity. By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ Substituted service on natural person, minor, conservatee, or candidate. By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ Mail and acknowledgment service. By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ Certified or registered mail service. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115